UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Case No. CR06-382-RSM |
| Plaintiff,   ) | |
| ) | |
| v.   ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| TAMSIN MARIE BERGMAN,   ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant.   ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 10, 2010.  The United States was represented by Assistant United States Attorney Roger Rogoff, and the defendant by Kenneth E. Kanev. The proceedings were digitally recorded.

The defendant had been charged and convicted for Production of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(1), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A. On June 6, 2007, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of forty-eight (48) months in custody to be followed by three years (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, restitution in the amount of $971.85, search, maintain a single checking account, disclose all assets and liabilities, inspection of personal

computer, notify of all computer software, no new credit, no self-employment and shall not begin any employment without prior approval of probation, and no identification in any other name.

In a Petition for Warrant or Summons, dated March 8, 2010, U.S. Probation Officer Richard B. Cowan asserted the following violations by defendant of the conditions of her supervised release:

(1) Using cocaine on or before February 9, 2010, in violation of standard condition No. 7.

(2) Using methamphetamine on or before February 12, 2010, in violation of standard condition No. 7.

(3) Using marijuana on or before February 12, 2010, in violation of standard condition No. 7.

(4) Using methamphetamine on or before March 2, 2010, in violation of standard condition No. 7.

(5) Failing to notify the probation officer within 10 days of a change of residence, in violation of standard condition No. 6.

(6) Associating with Lucinda Wynn, a convicted felon, without permission of the probation officer, in violation of standard condition No. 9.

On March 10, 2010, defendant made her initial appearance. The defendant was advised of her rights, acknowledged those rights, and admitted to the alleged violations Nos. 2, 3, 4, 5 and 6. Defendant denied alleged violation number 1 and requested that an evidentiary hearing be set on the same day as a disposition hearing before the Honorable Ricardo S. Martinez on the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 2, 3, 4, 5 and 6 and that the Court conduct an evidentiary/disposition hearing on alleged violation number 1. A

disposition hearing on violations 2, 3, 4, 5 and 6 and an evidentiary/disposition hearing on alleged violation number 1 has been set for March 30, 2010 at 10:00 a.m. before the Honorable Ricardo S. Martinez.

Pending a final determination by the Court, the defendant has been detained.

DATED this 10th day of March, 2010.

*[signature: James P. Donohue]*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:        Honorable Ricardo S. Martinez
      AUSA:                  Mr. Roger Rogoff
      Defendant's attorney:  Mr. Kenneth E. Kanev
      Probation officer:     Mr. Richard B. Cowan

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3